

FILED

JAN 3 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Irvin VASQUEZ )<br>)<br>)<br>Defendant. ) | Mag. Case No. '08 MJ 8086<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Illegal Transportation of Aliens |

The undersigned complainant, being duly sworn, states:

On or about January 28, 2008, within the Southern District of California, defendant Irvin VASQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, Daniel Jacinto CARRION-Juca, Luis Enrique INGA-Guallpa and Luis Antonio ORTIZ-Narvaes had come to, entered or remained in the United States in violation of law, did transport or move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant states that this complaint is based on the attached statement of facts which, is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 30th DAY OF JANUARY 2008.

_____
PETER C. LEWIS
United States Magistrate Judge

1  UNITED STATES OF AMERICA

2          v.

3  Irvin VASQUEZ

4                          STATEMENT OF FACTS

5          The complainant states that this complaint is based upon statements in the investigative

6  reports by the apprehending U.S. Supervisory Border Patrol Agent J. Wright that on January 28,

7  2008, Irvin VASQUEZ, a United States citizen of was apprehended driving a 1991 Buick Park

8  Avenue near Calexico, California, along with four (4) undocumented aliens from Ecuador, in

9  violation of law.

10         On January 28, 2008, at approximately 5:20 p.m., Remote Video Surveillance System

11 Operator (RVSS) observed four suspected illegal aliens climbing over the International Boundary

12 Fence east of the Calexico Port of Entry.  The group of four suspected illegal aliens crawled to

13 Anza Road and boarded a white 1991 Buick Park Avenue, which proceeded eastbound on Anza

14 Road.

15         SBPA Wright began following the Buick northbound on Barbara Worth Road towards

16 Highway 98.  SBPA Wright activated his service vehicle's emergency equipment.  The Buick

17 continued eastbound on Highway 98.  As the Buick passed BPA Vega-Torres' position, he

18 successfully deployed a Controlled Tire Deflation Device  slowly deflating all four of the Buick's

19 tires.

20         The Buick continued driving eastbound on Highway 98.  After driving for approximately

21 one-half mile, the driver of the Buick pulled over to the shoulder of Highway 98 and stopped.

22 SBPA Wright exited his service vehicle and approached the driver of the Buick who was still

23 seated in the driver's seat behind the steering wheel. SBPA Wright identified himself as a United

24 States Border Patrol Agent to the driver of the Buick, who was later identified as Irvin

25 VASQUEZ. SBPA Wright questioned VASQUEZ as to his citizenship.  VASQUEZ claimed to

26 be a United States Citizen.

27         BPA Carter approached the Buick and identified himself as a United States Border Patrol

28 Agent to the four suspected illegal aliens still inside the Buick.  All four subjects claimed to be

29

citizens of Ecuador illegally in the United States.  VASQUEZ and the four illegal aliens were placed under arrested.

Material Witnesses Daniel Jacinto CARRION-Juca and Luis Enrique INGA-Guallpa stated they made arrangements to be smuggled into the United States for fees ranging from $1,000.00 to $4,500.00.  Luis Antonio ORTIZ-Narvaes stated his father made arrangements to be smuggled into the United States and does not know what the smuggling fee was going to be.  All three stated they entered the United States illegally by climbing over the International Boundary Fence.  The Material Witnesses stated once in the United States they boarded a vehicle.  CARRION and INGA positively identified VASQUEZ as the driver from a six-pack photo line-up.

The complainant states that the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
| --- | --- |
| Daniel Jacinto CARRION-Juca | Ecuador |
| Luis Enrique INGA-Guallpa | Ecuador |
| Luis Antonio ORTIZ-Narvaes | Ecuador |

Further, complainant states that Daniel Jacinto CARRION-Juca, Luis Enrique INGA-Guallpa and Luis Antonio ORTIZ-Narvaes are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.