**FILED**
FEB 12 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR 353-JLS |
|---|---|---|
| Plaintiff, | ) | <u>I N F O R M A T I O N</u> |
| v. | ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| IRVIN VASQUEZ, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about January 28, 2008, within the Southern District of California, defendant IRVIN VASQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Luis Enrique Inga-Guallpa, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: <u>February 12, 2008</u>.

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
2/11/08